UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>       Petitioner,<br><br>  v.<br><br>B.E. WILLIAMS, *et al.*,<br><br>       Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 10) is GRANTED. Petitioner will have to and including February 4, 2019, within which to file an amended petition for writ of habeas corpus in this case. Petitioner is advised that, given the lengthy extension of time granted by this order, further requests to extend the time to file an amended petition are not likely to be granted absent a showing of good cause.

DATED THIS 11 day of Sept, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1