UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>                    Petitioner,<br><br>   v.<br><br>B.E. WILLIAMS, *et al.*,<br><br>                    Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 18) is GRANTED. Respondents will have until May 20, 2019, to file a response to the amended petition in this case.

DATED THIS  5  day of  April , 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1