# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF Nos. 31, 32) is GRANTED. Respondents have until September 15, 2021, to file their response to Petitioner's first amended petition for writ of habeas corpus.

DATED: July 23, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1