# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES, | Case No. 2:18-cv-00583-GMN-CWH |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed second Motion for Extension of Time (ECF No. 34) is GRANTED.  Respondents have until November 12, 2021, to answer or otherwise respond to Petitioner's first amended petition for writ of habeas corpus.

DATED: October 14, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE