# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN JAMES MORALES,

                           Petitioner,

   v.

BRIAN E. WILLIAMS, et al.,

                         Respondents.

Case No. 2:18-cv-00583-GMN-CWH

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed third Motion for Extension of Time (ECF No. 36) is GRANTED. Respondents have until November 29, 2021, to answer or otherwise respond to Petitioner's first amended petition for writ of habeas corpus.

DATED: December 1, 2021

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1