# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed first Motion for Extension of Time (ECF No. 49) is GRANTED. Petitioner has until February 11, 2022, to file his opposition to Respondents' Motion to Dismiss (ECF No. 37).

DATED: December 16, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE