# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed second Motion for Extension of Time (ECF No. 56) is GRANTED. Respondents have until May 4, 2022, to file their reply to response to motion to dismiss. ECF Nos. 37, 52.

DATED: April 13, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE