# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN JAMES MORALES,

                              Petitioner,

        v.

TIM GARRETT, et al.,

                              Respondents.

Case No. 2:18-cv-00583-GMN-CWH

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed motion for extension of time to file an answer to the first amended petition for writ of habeas corpus (first request) (ECF No. 60) is GRANTED. Respondents have until March 6, 2023, to answer the first amended petition.

DATED: November 3, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE