# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>　　　　　　　　Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed second Motion for Extension of Time (ECF No. 63) is GRANTED. Respondents have until April 20, 2023, to answer the first amended petition.

DATED: March 15, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE