# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>              Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>              Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed third Motion for Extension of Time (ECF No. 65) is GRANTED. Respondents have until May 22, 2023, to answer the first amended petition.

DATED: April 24, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE