# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN JAMES MORALES,<br><br>  Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>  Respondents. | Case No. 2:18-cv-00583-GMN-CWH<br><br>**ORDER** |

Respondents seek an extension of time to file their answer to the first amended petition. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' fifth unopposed Motion for Extension of Time (ECF No. 68) is GRANTED *nunc pro tunc*.

It is further ordered that Respondents fourth unopposed Motion for Extension of Time (ECF No. 67) is DENIED as moot.

DATED: June 1, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE